The other Justices concurred.

---

JOSIAH E. JUST, RELATOR v. TOWNSHIP OF WISE.

| 47 | 511 |
| 139 | 309 |

*Mandamus—Framing issues on the answer.*

On petition for *mandamus* to compel the payment of highway orders, the parties should frame their issues on the answer, if it denies the validity of the orders; it is immaterial to reply that in a certain suit the judge had made a finding sustaining the orders, and to rejoin that a full finding was not requested, and make surrejoinder that it was, and *similiter*.

Mandamus. Submitted Jan. 17. Decided Jan. 18.

*A. A. Ellis* for relator.

*E. D. Wheaton* for respondent.

PER CURIAM. This is an application to compel the payment of highway orders. The respondent denies their validity on various grounds.

Replication that in a certain suit thereon in the circuit court the circuit judge made a finding of facts sustaining the orders.

Rejoinder denying that the circuit judge was requested to make a full finding.

Surrejoinder, that he was, and did. *Similiter*.

In the suit mentioned the court held it had no jurisdiction. All the proceedings subsequent to the answer are immaterial. The parties should frame their issues on the answer.